# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

SOFIA PAUL,

    **Plaintiff**

v.

AMERICAN FAMILY INSURANCE
And AMERICAN FAMILY INSURANCE
GROUP

    **Defendant**.

## COMPLAINT AND JURY DEMAND

Plaintiff, Sofia Paul, by and through her counsel, Jeffrey S. Wittebort of Bachus & Schanker, L.L.C., hereby submits the within Complaint and Jury Demand:

### I.     NATURE OF THE COMPLAINT

1. Plaintiff brings this cause of action for injuries sustained as a result of the actions of an uninsured motorist on January 14, 2013 in Colorado Springs, Colorado.

### II.     PARTIES

2. Plaintiff Sofia Paul is an individual and resident of the State of Colorado with an address of 78 Royal Drive, Bailey, Colorado 80421.  All the events and transactions upon which this suit is based occurred in the State of Colorado.

3. Defendant American Family Insurance Group and American Family Mutual Insurance Company are insurance carriers who are residents of the State of Wisconsin with an address of 6000 American Parkway, Madison, Wisconsin 53783-001.

### III. JURISDICTION

4. Jurisdiction is proper in Colorado pursuant to 28 U.S.C. 1332 as there is complete diversity of jurisdictions between Plaintiff who is a resident of the State of Colorado and Defendant who is a resident of the State of Wisconsin. In addition, the amount in controversy exceeds the sum of $75,000.00.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) as the actions complained of took place in Colorado.

### IV.    ALLEGATIONS OF FACT/FIRST CLAIM FOR RELIEF

6. That on or about January 14, 2013, plaintiff was southbound at Colorado 25 traveling behind a non-contact vehicle. That on such date, time and location, Adrian O. Dirks was traveling in his vehicle northbound on Colorado 285 in the County of Jefferson, State of Colorado. That Dirks' vehicle collided with the front end of Plaintiff's vehicle. After the impact, the Plaintiff's vehicle rotated clockwise and slid off the left side of the roadway, an unknown distance due to road conditions. Plaintiff's vehicle then slid backwards onto the shoulder coming to the final rest on its wheels, partially blocking the northbound lane of the roadway.

7. That Adrian O. Dirks drove his vehicle in a reckless, careless and negligent manner so as to cause the subject collision.

8. As a result of Dirks' negligence and the ensuing collision, Plaintiff has sustained serious and permanent bodily injuries, past and future hospital, doctor and medical bills, lost wages and impairment of future earning capacity, physical impairment, and past and future pain and suffering, and loss of enjoyment of life in an amount to be proven at trial.

9. That at the time of the subject accident, Mr. Dirks was insured with State Farm Insurance Company and had a policy limit of $50,000.00. That Mr. Dirks' insurance company paid the $50,000.00 policy limit to Plaintiff.

10. The Plaintiff obtained authority from defendant American Family to release Dirks and file an uninsured motorist claim.

11. That American Family is an insurance company duly licensed to underwrite insurance in the State of Colorado doing business in such state.

12. That at the time of the subject accident, Plaintiff had an insurance policy with Defendant American Family which covered the losses she has sustained as a result of the negligence of the underinsured motorist.

## V. FIRST CLAIM FOR RELIEF

### [UNDERINSURED MOTORIST BENEFITS]

13. Plaintiff hereby incorporates Paragraph 1 through 12 in her first claim for relief.

14. That pursuant to the terms of the subject policy and C.R.S. 10-4-106, Plaintiff is entitled to recover for the injuries, damages and losses she sustained as a result of the negligence of the underinsured party up to Plaintiff's policy limits.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court grant her a judgment against Defendant in the amount to be proven at trial for the above-referenced damages, interest from the date of the subject automobile accident, costs, and such other and further relief as this court deems appropriate.

**DATED** this 28th day of February, 2015.

BACHUS & SCHANKER, L.L.C.

s/ Jeffrey S. Wittebort
Jeffrey S. Wittebort, Esq.
Bachus & Schanker, L.L.C.
1899 Wynkoop St., Ste. 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
E-mail: jeffrey.wittebort@coloradolaw.net

**Plaintiff's Address:**
78 Royal Drive
Bailey, CO 80421