IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00417CBS

SIGRID SOPHIE PAUL,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS COURT HAS REVIEWED the Stipulation for Dismissal with Prejudice submitted by the parties and the Court file. Being fully advised, the Court does APPROVE and ACCEPT the Stipulation, Ordering as follows:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice. Each party shall pay his or her own respective attorney's fees and costs.

DATED THIS 27th day of November, 2015.

BY THE COURT:

_____
Magistrate Judge